No. 96–92. WOLF *v.* BUSS AMERICA, INC. C. A. 7th Cir. Certiorari denied.

No. 96–94. BROWN'S FURNITURE, INC. *v.* ZEHNDER, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 96–95. DINKINS, PERSONAL REPRESENTATIVE OF THE ESTATE OF DINKINS, DECEASED *v.* HUTZEL HOSPITAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–96. WYSHAK *v.* AMERICAN SAVINGS BANK, F. A., ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–97. CENTRAL REGIONAL SCHOOL DISTRICT *v.* M. C. ET AL., ON BEHALF OF THEIR SON, J. C. C. A. 3d Cir. Certiorari denied.

No. 96–99. DAHL ET AL. *v.* CHARLES SCHWAB & CO., INC. Sup. Ct. Minn. Certiorari denied.

No. 96–101. BEN YAHWEH ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–103. HOOD *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 96–104. HOLT *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–105. STUDIO ART THEATRE OF EVANSVILLE, INC., ET AL. *v.* CITY OF EVANSVILLE, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–107. FROEMAN *v.* MARYLAND. Cir. Ct. Baltimore County, Md. Certiorari denied.

No. 96–108. HUSTON *v.* TENNESSEE BOARD OF REGENTS ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–114. GALLEGO *v.* SERVICE LLOYDS INSURANCE CO. Ct. App. Tex., 1st Dist. Certiorari denied.